No. 22. UNION PACIFIC RAILROAD COMPANY, APPELLANT, *v.* ROBERT O. FINK, TREASURER, ETC., ET AL.   Appeal from the Circuit Court of the United States for the District of Nebraska.   October 9, 1906.   Dismissed with costs, on motion of *Mr. Maxwell Evarts* for the appellant.   *Mr. Maxwell Evarts* and *Mr. John N. Baldwin* for appellant.   *Mr. Norris Brown* for appellees.

---

No. 23. CHICAGO, BURLINGTON AND QUINCY RAILWAY COMPANY, APPELLANT, *v.* A. F. CARLSON ET AL.   Appeal from the Circuit Court of the United States for the District of Nebraska. October 9, 1906.   Dismissed with costs, on motion of *Mr. Maxwell Evarts* in behalf of counsel for the appellant.   *Mr. Charles J. Greene* and *Mr. R. W. Breckenridge* for appellant. *Mr. Norris Brown* for appellees.

---

No. 452. GEORGE D. COLLINS, PLAINTIFF IN ERROR, *v.* THOMAS F. O'NEIL, SHERIFF OF THE CITY AND COUNTY OF SAN FRANCISCO, CAL. ET AL.   In error to the Superior Court of the city and county of San Francisco, State of California. October 9, 1906.   Docketed and dismissed with costs, on motion of *Mr. William Hoff Cook* for the defendant in error.   No one opposing.